914

No. 87–331.  DEAVER v. CABLE NEWS NETWORK, INC., ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 87–334.  ADRIAN ET UX. v. SMITH BARNEY, HARRIS UPHAM & CO., INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–338.  EVICH ET AL. v. MORRIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF CONNELLY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–344.  DRESSER INDUSTRIES, INC. v. HUGHES TOOL CO. C. A. Fed. Cir.  Certiorari denied.

No. 87–349.  NORTHROP CORP. v. TRIAD INTERNATIONAL MARKETING, S. A., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–353.  ARNOLD v. SOUTH CAROLINA PUBLIC SERVICE AUTHORITY.  Sup. Ct. S. C.  Certiorari denied.

No. 87–362.  HYSLIP v. SLOAN, MAYOR OF VILLAGE OF ALFRED, ET AL.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 87–406.  GRACEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–422.  JUDSON v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 87–426.  STEFANOPOULOS v. UNITED STATES ET AL. C. A. 6th Cir.  Certiorari denied.

No. 87–440.  HUGER v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 87–449.  ALVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.